### Commonwealth ex rel. Hazen, Appellant, *v.* Maroney.

Submitted April 13, 1964.
*John Hazen,* appellant, in propria persona; *William F. Potter,* District Attorney, for appellee.
Order affirmed.

### Commonwealth ex rel. Icenhour, Appellant, *v.* Maroney.

Submitted April 14, 1964. *Elmer G. Icenhour,* appellant, in propria persona; *Edward J. Tocci,* Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.
Order affirmed.

### Commonwealth ex rel. Keeler, Appellant, *v.* Maroney.

Submitted April 14, 1964. *Norman H. Keeler,* appellant, in propria persona; *Robert F. Banks,* Assistant District Attorney, and *Edward M. Bell,* District Attorney, for appellee.
Order affirmed.